UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
JULIAN NAVARRO and  
LUZ E. CORRETJER

Case No.: 20-22934  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Barry W. Frost_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
Clarkson S. Fisher US Courthouse  
402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on ___1/26/2021___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 13 Hagemount Avenue, Hightstown, NJ - Value: $350,000.00

Liens on property: Select Portfolio Servicing - Value: $376,505.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost, Chapter 7 Trustee  
Address: 3131 Princeton Pike, Bldg 5, Suite 110  
Telephone No.: (609) 890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-22934-KCF |
| Julian Navarro | Chapter 7 |
| Luz E Corretjer | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf905 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Julian Navarro, Luz E Corretjer, 1313 Hagermount Ave, Hightstown, NJ 08520 |
| aty | + | Rachel Blumenfeld, Law Office of Rachel Blumenfeld, 26 Court Street, Suite 2220, Brooklyn, NY 11242-1122 |
| cr | + | US Bank National Assoc., RAS CITRON, 130 CLINTON RD, #202, FAIRFIELD, NJ 07004-2927 |
| 519051417 | + | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519028830 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519028835 | + | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519028837 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 519028732 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 519028734 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519028737 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519049398 | + | U.S.BANK NATIONAL ASSOCIATION, RAS CITRON, LLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 519028738 | | Usbank Rl, Attn Cbdh, Oshkosh, WI 54903 |
| 519028739 | + | Vistana Vacation Owner, 9002 San Marco Ct, Orlando, FL 32819-8600 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 23 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519028829 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 23 2020 21:49:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519028831 | + | Email/Text: mrdiscen@discover.com | Dec 23 2020 21:49:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 519028832 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 23 2020 21:50:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 519028833 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 23 2020 21:41:11 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519028834 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 23 2020 21:50:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519028835 | + | Email/Text: Documentfiling@lciinc.com | Dec 23 2020 21:50:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519028735 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 21:43:56 | Syncb/home Design-hi-p, CI o Po Box 965036, Orlando, FL 32896-5036 |
| 519030098 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 21:40:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519028736 | | Email/Text: bankruptcy@td.com | | |

Dec 23 2020 21:51:00    Td Bank N.a., Po Box 219, Lewiston, ME 04243

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519028836 | *+ | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519028733 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 519028838 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 519028839 | *+ | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 519028740 | *+ | Vistana Vacation Owner, 9002 San Marco Ct, Orlando, FL 32819-8600 |
| 519028741 | *+ | Vistana Vacation Owner, 9002 San Marco Ct, Orlando, FL 32819-8600 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry Frost | trustee@teichgroh.com  NJ94@ecfcbis.com;frost@remote7solutions.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 cwohlrab@rascrane.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4