Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–22934–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Julian Navarro | Luz E Corretjer |
| 1313 Hagermount Ave | 1313 Hagermount Ave |
| Hightstown, NJ 08520 | Hightstown, NJ 08520 |

Social Security No.:
  xxx–xx–6019                                xxx–xx–2221

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 26, 2021</u>                    <u>Kathryn C. Ferguson</u>
                                                                  Judge, United States Bankruptcy Court